UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER WILLIAM HERRERA,

                    Plaintiff,

    -against-

DONALD TRUMP, et al.,

                   Defendants.

21-CV-1671 (CM)

CIVIL JUDGMENT

Pursuant to the order issued April 5, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 5, 2021
           New York, New York

                                                      COLLEEN McMAHON
                                                   Chief United States District Judge